IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 9-00266-01-CR-W-RK |
| ) | |
| RAIMON MARTEZ GILLIAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 3, 2022, Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. 127) concluding that the Court should deny Defendant's two motions to dismiss (Docs. 114, 125). Defendant did not file objections, and the time to do so has passed.

On February 8, 2022, Magistrate Judge Gaddy issued his Report and Recommendation (Doc. 130) concluding Defendant's motion to suppress should be denied (Doc. 95). Again, Defendant did not file objections, and the time to do so has passed.

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Gaddy in full. Accordingly, it is hereby

**ORDERED** that the two Reports and Recommendations of Magistrate Judge Gaddy (Docs. 127, 130) are **ADOPTED**. It is further

**ORDERED** that Defendant's motions for order (Docs. 95, 114, 125) are **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 24, 2022